METTA DOEREN v. MICHAUD BROS. INC.

December 29, 1922.

No. 23,196.

**Verdict sustained.**

Action in the district court for Ramsey county to recover $10,450 for injuries caused by defendant's automobile truck. The case was tried before Hanft, J., and a jury which returned a verdict for $1,300. Defendant's motion for a new trial was denied. From the judgment entered pursuant to the verdict defendant appealed. Affirmed.

*Hoke, Krause & Faegre* and *H. P. Quealy*, for appellant.
*Moore, Oppenheimer, Peterson & Dickson* and *Gilbert E. Harris*, for respondent.

PER CURIAM.

The issues of negligence and contributory negligence presented by the pleadings in this cause were properly submitted to the jury, and the evidence fully supports the verdict of the jury thereon.

Judgment affirmed.

[1]Reported in 191 N. W. 55.